IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FORENCE DIVISION

| | |
|---|---|
| MARY FAGNANT, BRENDA DEWITT-WILLIAMS AND BETTY BEY, AS POWER OF ATTORNEY FOR BRENDA DEWITT-WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>KATHRYN MICHELLE JOHNSON, KMART CORPORATION and GATOR INVESTORS, INC.,<br><br>Defendants. | Civil Action No. 4:11-cv-00302-RBH<br><br>***CONSENT ORDER*** |

It appears that Plaintiff, Mary Fagnant, has been diagnosed with stage four lung cancer and her husband, Robert Fagnant, has been diagnosed with brain cancer. The Plaintiffs believe their depositions are necessary in order to perpetuate their testimony. Therefore upon motion of the Plaintiffs and with the consent of the Defendants, it is

Ordered, that the video deposition of Mary Fagnant and Robert Fagnant shall be taken in order to perpetuate their testimony.

IT IS SO ORDERED.

<u>s/R. Bryan Harwell</u>

R. BRYAN HARWELL

UNITED STATES DISTRICT JUDGE

October 21, 2013

Florence, South Carolina

**WE MOVE:**

PETERS, MURDAUGH, PARKER, ELTZROTH
    & DETRICK, PA


BY: _s/J. Paul Detrick_____
    J. Paul Detrick, Esquire, Fed. ID#0508
    R. Alexander Murdaugh, Esquire, Fed. ID#6342
    Post Office Box 457
    Hampton, SC 29924
    PH:   (803) 943-2111
    FAX:  (803) 943-3943


    ~AND~

    Ralph J. Wilson, Jr., Esquire Fed. ID#10416
    Post Office Box 1827
    Conway, SC 29528
    PH:   (843) 381-0765
    FAX:  (843) 381-0767

*ATTORNEYS FOR PLAINTIFFS*


**WE CONSENT:**

BROWN and BREHMER


BY: _s/ Karl S. Brehmer_____
    Karl S. Brehmer, Esquire  Fed. ID#
    Post Office Box 7966
    Columbia, SC 29202
    PH:   (803) 771-6600
    FAX:  (803) 252-1620


HAYNSWORTH, SINKLER & BOYD


BY: _S/ John H. Tiller_____
    John H. Tiller, Esquire   Fed. ID#
    Post Office Box 340
    Charleston, SC 29402-0340
    PH:   (843) 720-4451
    FAX:  (843) 722-2266