IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Mary Fagnant, Brenda Dewitt-Williams And Betty Bey, as Power of Attorney for Brenda Dewitt-Williams<br><br>　　　　　　Plaintiffs<br><br>　-vs-<br><br>Kmart Corporation and Gator Investors, Inc.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)  C/A No.: 4:11-cv-00302-RBH<br>)<br>)<br>) GATOR INVESTORS, INC. AND<br>) PLAINTIFFS SETTLEMENT AND<br>) DISMISSAL PURSUANT TO<br>) FRCP 41(a)(2)<br>)<br>) |

　　　The Plaintiffs, Mary Fagnant, Brenda Dewitt-Williams and Betty Bey, as Power of Attorney for Brenda Dewitt-Williams, collectively agree for and in the exchange of Eighty Thousand Dollars and no/100 ($80,000.00) to be paid to the Plaintiffs collectively, to release and forever discharge Gator Investors, Inc. from any of causes of action, demands and/or claims of any nature whatsoever, which they may have for events more particularly described in the Summons and Complaint filed in the United States District Court for the District of South Carolina, Florence Division bearing the caption of <u>Mary Fagnant, Brenda Dewitt-Williams and Betty Bey, as Power of Attorney for Brenda Dewitt-Williams v. Kmart Corporation and Gator Investors, Inc.</u>, with civil action number: 4:11-cv-00302-RBH and hereby agree to sign a Release of any and all claims against Gator Investors, Inc.  The Defendant Gator Investors, Inc. hereby agrees to pay the Plaintiffs collectively Eighty Thousand Dollars and no/100 ($80,000.00).

　　　Based upon the above referenced agreement between the parties, it is ORDERED, ADJUDGED AND DECREED that the Plaintiffs' claims against Gator Investors. Inc. are hereby settled and dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　s/ R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　The Honorable R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　United States District Judge

January 14, 2014

I so move:

S/Karl S. Brehmer
Karl S. Brehmer, Esquire
Federal ID#: 5006
Brown & Brehmer
Post Office Box 7966
Columbia, South Carolina 29202
Attorney for Defendant Gator Investors, Inc.

I consent:

S/ Paul Detrick
Paul Detrick, Esquire
Federal ID#: 0508
Post Office Box 457
Hampton, SC 29924
Attorney for Plaintiff